IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------x
:
UNITED STATES OF AMERICA     :     3:10 MJ 230 (JGM)
:
v.     :
:
PETER BUSH     :     DATE: APRIL 25, 2011
:
---------------------------------------------------------x

## ENDORSEMENT ORDER

Defendant filed a Waiver of Speedy Trial on April 22, 2011. (Dkt. #16). Construing this Waiver as a Motion to Postpone Preliminary Hearing, the motion (Dkt. #16) is <u>granted</u>. It appearing that the requested continuance is in the best interest of the defendant, and outweighs the public interest in a speedy trial, the Court finds that the period of delay from May 2, 2011 to May 31, 2011 is hereby excluded pursuant to 18 U.S.C. § 3161(h)(7).

Dated at New Haven, Connecticut, this 25th day of April, 2011.

SO ORDERED.


/s/ Joan G. Margolis, USMJ
JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE